UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAHEA; FOOD & WATER WATCH, INC., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; et al., <br><br> Defendants - Appellees. | No. 12-16445 <br><br> D.C. No. 1:11-cv-00474-SOM-KSC <br> U.S. District Court for Hawaii, Honolulu <br><br> **MANDATE** |

The judgment of this Court, entered October 29, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk